No. 88–5678.   POLLARD v. OWENS ILLINOIS INC. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–5682.   LEVITT v. UNIVERSITY OF TEXAS AT EL PASO ET AL.   C. A..5th Cir.   Certiorari denied.

No. 88–5689.   WILLIAMS v. CITY OF HAZELHURST ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–5692.   WAUL v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 88–5693.   MCCOLPIN v. BROOKS.   C. A. 10th Cir.   Certiorari denied.

No. 88–5694.   MOORE v. FULCOMER, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–5700.   ROSBERG v. JACOB ET AL.   Sup. Ct. Neb.   Certiorari denied.

No. 88–5702.   WEINREICH v. CAMPBELL ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–5705.   MASON v. UNITED STATES;
No. 88–5711.   HANDLEY v. UNITED STATES;
No. 88–5719.   CREEKMORE v. UNITED STATES;
No. 88–5724.   TUCKER v. UNITED STATES;
No. 88–5739.   WHITE v. UNITED STATES; and
No. 88–5740.   STEELE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5707.   THORNE v. BAILEY ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–5710.   ARMENTERO v. MAKEL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 88–5716.   LEMBERG v. TSENG ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 88–5717.   JAMES v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 88–5718.   BALLANTYNE v. ERDBACHER ET AL.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.